United States District Court

District of Columbia

United States of America

v.                                                                   Case No.: 1:22-mj-00101-RMM

**Jamie Ferguson,**

    **Defendant.**

## NOTICE OF APPEARANCE

    CAME THIS DAY, Timothy V. Anderson, Esquire, and makes his appearance as retained counsel for defendant, Jamie Ferguson, before this Court. Please direct all future notices to the undersigned.

Respectfully Submitted,

Jamie Ferguson

By:/s/ *Timothy V. Anderson*

    Timothy V. Anderson

    Counsel for Defendant

Timothy V. Anderson, Esquire
Anderson & Associates, P.C.
2492 N. Landing Road, Suite 104
Virginia Beach, Virginia 23456
Tel.: 757-301-3636
Fax: 757-301-3640
DCB: 467166
Counsel for Defendant – Ferguson

## Certificate of Service

I hereby certify that a copy of this notice was electronically filed with the Clerk of Court which transmits notice to the Assistant US Attorney in this matter on this 13th day of May, 2022.

/s/*Timothy V. Anderson*
    Timothy V. Anderson, Esquire